AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF Delaware

~~REDACTED~~

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Newark, DE 19702, described more
particularly on Attachment A

**SEARCH WARRANT**

CASE NUMBER: 05-88 M

TO: SA Anthony H. Crabtree, FBI _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SA Anthony H. Crabtree, FBI _____ who has reason to
                                                            Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Newark, DE 19702, described more particularly above

in the _____ District of _____ Delaware _____ there is now
concealed a certain person or property, namely (describe the person or property)

   see Attacment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person
or property so described is now concealed on the person or premises above-described and establish grounds for
the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ June 12, 2005 _____
                                                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant
and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find
reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy
of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or prop-
erty seized and promptly return this warrant to _____
                                                                          U.S. Judge or Magistrate
as required by law.

June 2, 2005  1:20 p.m.  at  Wilmington, DE
Date and Time Issued                  City and State

Honorable Mary Pat Thynge
United States Magistrate Judge

Name and Title of Judicial Officer           Signature of Judicial Officer

AO 93 (Rev. 5/85)  Search Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| June 2, 2005 | June 3, 2005 / 6:00 am | [redacted] |

INVENTORY MADE IN THE PRESENCE OF

[redacted]

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

① ONE HP PAVILION COMPUTER, SERIAL # MX11308331

② JUNE 2004 COMCAST BILL ACCT. 09569 249557-03-9

③ PERSONAL JOURNAL BELONGING TO ANTHONY BRENNER

FILED
JUN 7  9 35 AM '05
DISTRICT OF DELAWARE

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA. Anthony H. Crabtree

Subscribed, sworn to, and returned before me this date.

_____    6/7/05
U.S. Judge or Magistrate         Date

ATTACHMENT A
LOCATION TO BE SEARCHED

The location i███████████████, Newark, Delaware is a single family home, with a red brick exterior, blue shudders, tan front door and the numbers ████ is displayed on the mail box in front of the house.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

1. Computer(s), computer hardware, computer software, computer related documentation, computer passwords and data security devices, videotapes, video recording devices, video recording players, and video display monitors that may be, or are used to: visually depict child pornography or child erotica; display or access information pertaining to a sexual interest in child pornography; display or access information pertaining to sexual activity with children; or distribute, possess, or receive child pornography, child erotica, or information pertaining to an interest in child pornography or child erotica.

2. Any and all computer software, including programs to run operating systems, applications (such as word processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs, including, but not limited to, P2P software.

3. Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes pertaining to the possession, receipt, or distribution of child

27

pornography as defined in 18 U.S. C. § 2256(8) or to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S. C. § 2256(2).

4.  In any format and medium, all originals, computer files, copies, and negatives of child pornography as defined in 18 U.S.C. § 2256(8), visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), or child erotica, including but not limited to the following computer files:

a. Pthc-collection of pedo pics046 (1).jpg (Image depicts a female child, approximately seven years old performing oral sex on a male individual).

b. pedo Collection 07-Real Child Porn!!!(illegal preteen underage lolita kiddy incest little girl rape anal cum sex lesbian blowjob gay ddoggrpn)(2).jpg (A series of fourteen images depicting children, between the ages of seven and fifteen, having intercourse and performing oral sex on male individuals).

c. Collection 13-Real Child Porn!!!(illegal preteen underage lolita kiddy incest little girl rape anal cum sex lesbian blowjob) (1).jpg (A series of fourteen images depicting children, between the ages of seven and fourteen,

having intercourse and performing oral sex on male individuals).

    d. collection 5... rape 2 THIS IS SICK... illegal preteen underage lolita kiddy child incest xxx porn gay qwerty fuck young.jpg (A series of fourteen images depicting children between the ages of five and fourteen having intercourse and performing oral sex on male individuals).

    e. PEDO lsm-006-097 !! new keyword -kdquality-kiddy lolita childfugga childlover pthc hussyfan lolitaguy kidzilla ddoggprn r@ygol.jpg.jpg (One image depicting two females approximately nine years of age, lying on the bed without clothes and their legs spread apart).

    5. Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by use of the computer or by other means for the purpose of distributing or receiving child pornography as defined in 18 U.S.C. § 2256(2).

    6. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes), identifying persons transmitting, through interstate or foreign commerce by any means, including, but not limited to,

29

by the United States Mail or by computer, any child pornography as defined in 18 U.S.C. § 2256(8) or any visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

7.  Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, other digital data files and web cache information) concerning the receipt, transmission, or possession of child pornography as defined in 18 U.S.C. § 2256(8) or visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

8.  Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning communications between individuals about child pornography or the existence of sites on the Internet that contain child pornography or that cater to those with an interest in child pornography.

9.  Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat

logs and electronic messages, and other digital data files) concerning membership in online groups, clubs, or services that provide or make accessible child pornography to members.

10. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern accounts with an Internet Service Provider.

11. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

12. Any and all cameras, film, videotapes or other photographic equipment.

13. Any and all visual depictions of minors that may be connected to other visual depictions of minors engaging in sexual explicit conduct.

31

14. Any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate or foreign commerce by any means, including by the United States Mail or by computer, any child pornography as defined in 18 U.S.C. § 2256(8) or any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

15. Any and all documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to occupancy or ownership of the premises described above, including, but not limited to, rental or lease agreements, mortgage documents, rental or lease payments, utility and telephone bills, mail envelopes, or addressed correspondence.

16. Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually

32

explicit conduct, as defined in 18 U.S.C. § 2256(2).

17. Any and all indicia of possession and use of the computer located at ███████████, Newark, Delaware, (including, but not limited to, Internet Provider subscriber records, correspondence, e-mail messages, email headers, email accounts information, chat logs, screen names, buddy lists, electronic messages, web cache information, employment records, rental or lease agreements, and rental or lease payments).